UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY OLIVER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROB ST. ANDRE, Warden,<br><br>　　　　　Respondent. | CASE NO. CV 22-8921 PA (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections.  After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 21, 2024

                                PERCY ANDERSON
                                UNITED STATES DISTRICT JUDGE