JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY OLIVER,<br><br>   Petitioner,<br><br> v.<br><br>ROB ST. ANDRE, Warden,<br><br>   Respondent. | Case No. CV 22-8921 PA (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: May 21, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE